# United States District Court
# For The Western District of North Carolina
# Charlotte Division

PAULA M.B. SANDERS and
SHELTON SANDERS,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                           3:08-CV-448-RJC

COUNTRY WIDE HOME LOANS,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2009 Order.

                                               Signed: April 2, 2009

                                               Frank G. Johns, Clerk
                                               United States District Court